**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| MARCUS PURNELL, | ) |
| 3519 Leslie Way | ) |
| Apartment 204 | ) |
| Laurel, MD 20724 | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| OFFICER DENNIS SFOGLIA | ) |
| Seventh District Station | ) |
| 2455 Alabama Ave., SE | ) |
| Washington, DC 20020 | ) |
|  | ) |
| OFFICER JOHN JESKIE | ) |
| Seventh District Station | ) |
| 2455 Alabama Ave., SE | ) |
| Washington, DC 20020 | ) |
|  | ) |
| OFFICER ANTHONY SMITH | ) |
| Seventh District Station | ) |
| 2455 Alabama Ave., SE | ) |
| Washington, DC 20020 | ) |
|  | ) |
| OFFICER ADAM KELLY | ) |
| Seventh District Station | ) |
| 2455 Alabama Ave., SE | ) |
| Washington, DC 20020 | ) |
|  | ) |
| OFFICER SANTIAGO OSORIO | ) |
| Seventh District Station | ) |
| 2455 Alabama Ave., SE | ) |
| Washington, DC 20020 | ) |
|  | ) |
| OFFICER RODERICK SAUNDERS | ) |
| Seventh District Station | ) |
| 2455 Alabama Ave., SE | ) |
| Washington, DC 20020 | ) |
|  | ) |
| OFFICER MANUEL BENITES | ) |
| Seventh District Station | ) |
| 2455 Alabama Ave., SE | ) |

Washington, DC 20020     )
              )
And             )
              )
THE DISTRICT OF COLUMBIA,   )
Office of the Mayor       )
Attn: Muriel Bowser       )
1350 Pennsylvania Ave, 4th Floor   )
Washington, DC 20004     )
              )
   Defendants.      )
              )

## NOTICE OF REMOVAL OF A CIVIL ACTION

Defendants, Officer Santiago Osorio and Officer Roderick Saunders, respectfully remove to this Court civil action *Marcus Purnell v. Dennis Sfoglia, et al.,* Case No. 2021 CA 004058 B from the Superior Court of the District of Columbia.  The grounds for removal are as follows:

1. Defendants, Officers Osorio and Saunders, are two of seven (7) Metropolitan Police Department Officers along with the District of Columbia, named as defendants in *Marcus Purnell v. Dennis Sfoglia, et al.,* now pending in the Superior Court of the District of Columbia and they are being represented through the District of Columbia's Office of the Attorney General.

2. Officers Osorio and Saunders were served with process on July 11, 2022, and they seek removal of the Superior Court case to the United States District Court for the District of Columbia.  28 U.S.C. §1446(a).

3. This action is removable to this Court because of the existence of a federal question raised by Plaintiff's Amended Complaint ("Am. Cmpl."), against Defendants, Officers Osorio and Saunders, and the yet to be served remaining police officers.  Causes of action founded on a claim or right arising under the Constitution, treaties or laws of the United States are removable without regard to the citizenship or residence of the parties.  28 U.S.C. §§ 1331, 1441(b).

2

Plaintiff has asserted a cause of action for damages under the Fourth and Fourteenth Amendments, under 42 U.S.C. §§ 1983.  Am. Cmpl., generally.

4.      Specifically, Plaintiff alleges that as he sat in his car outside a Shell gas station food market, the defendant police officers, all members of the Seventh District Crime Suppression Team, blocked his path to prevent him from leaving, pointed their guns at him and broke one of the windows in his car.  Am. Cmpl. ¶¶ 11 and 12.  Plaintiff further alleges that officers who did not point a gun at him or break his car window nonetheless had a duty to prevent other officers from violating his Constitutional rights.  *Id*. ¶¶ 14, 25, 32.  Plaintiff alleges that the officers' actions were unjustified because he committed no illegal act.  *Id*. ¶ 30.  Plaintiff claims that the acts of the Defendant police officers violated his rights under the Fourth and Fourteenth Amendments.  Am. Cmpl., Count II (Unlawful Detention) and Count III (Excessive Use of Force).

5.      A "civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or defendants, to the district court of the Unites States for the district and division embracing the place where such action is pending." *See* 28 U.S.C. § 1441(a).  Plaintiff has asserted constitutional violation claims, under 42 U.S.C. 1983, against the police officers.  Accordingly, removal based upon a cause of action founded in federal law is appropriate.

6.      The United States District Court for the District of Columbia has original jurisdiction over the Superior Court matter because Plaintiff's lawsuit is brought under the Constitution and laws of the United States.  28 U.S.C. § 1331.

7.      The Defendants state that removal of this action is timely.  Pursuant to 28 U.S.C. § 1446(b), "[t]he notice of removal of a civil action or proceeding shall be filed within thirty

3

days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based . . ." Under 28 U.S.C. § 1446(b)(2)(B), "[e]ach defendant shall have 30 days after receipt by or service on that defendant of the initial pleading or summons described … to file the notice of removal."

8.      As stated above, Officers Osorio and Saunders were served with process on July 11, 2022.  Thus, this notice of removal, which must be filed on or before August 11, 2022, is timely.

9.      The other named defendant police officers have not been served with process and therefore, their consent is not required.  28 U.S.C. § 1446(b)(2)(A).

10.     The following are submitted with is Notice of removal: Attachment 1-Amended Complaint; Attachment 2-Affidavit of Service on District of Columbia; Attachment 3-DC's Answer to Amended Complaint; Attachment 4-Initial Scheduling Order; Attachment 5-Amended Scheduling Order; Attachment 6-Summons for Individual Defendants; Attachment 7-Service on Defendants Osorio and Saunders

WHEREFORE, the action now pending in the Superior Court of the District of Columbia is properly removed to this Court pursuant to 28 U.S.C. §§ 1331, 1441, and 1446.

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

MICHAEL K. ADDO
Chief, Civil Litigation Division Section IV

4

/s/ *David A. Jackson*
DAVID A. JACKSON [471535]
Senior Assistant Attorney General
Office of the Attorney General
400 6th Street, NW
Washington, D.C. 20001
(202) 724-6618 (Office)
(202) 436-2598 (Mobile)
(202) 741-8999 (Fax)
davida.jackson@dc.gov

/s/ *Tyler Gerstein*
TYLER GERSTEIN [1779890]
Assistant Attorney General
Office of the Attorney General
400 6th Street, NW
Washington, D.C. 20001
202-735-7396 (mobile)
tyler.gerstein@dc.gov

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day 18th July 2022, I served a copy of the foregoing Notice of

Removal on all counsel of record.

/s/ *Tyler Gerstein*
TYLER GERSTEIN
Assistant Attorney General

5